TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff*

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JASON ALRED, an individual,

Plaintiff,

vs.

LUCINDA MANAGEMENT, LLC a Foreign Limited-Liability Company; VEGAS BLVD FOOD CORPORATION d/b/a IHOP Restaurant, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;

Defendants.

CASE NO: 2:18-cv-01443 JCM-CWH

**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**FIRST REQUEST**

It is hereby STIPULATED and AGREED to by Plaintiff JASON ALRED and Defendants, LUCINDA MANAGEMENT, LLC and VEGAS BLVD FOOD CORPORATION d/b/a IHOP Restaurant, by and through their respective counsel of record, that Defendants, LUCINDA MANAGEMENT, LLC and VEGAS BLVD FOOD CORPORATION d/b/a IHOP Restaurant have an extension to file and Answer or other responsive pleading to Plaintiff's

///

///

///

///

Complaint by January 20, 2019. The parties have agreed to participate in an early mediation currently scheduled for December 21, 2018. In an effort to conserve the resources of the parties and the Court, the parties request that this extension be granted.

Dated this 27th day of November 2018.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*

By: ______________________________
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Fax: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

**GORDON REES SCULLY MANSUKI, LLP**

*/s/ Robert S. Larsen*

By: ______________________________
Robert S. Larsen, Esq. (SBN 7785)
300 South Fourth Street, #1550
Las Vegas, Nevada 89101
Tel.: (702) 577-9300
Fax: (702) 255-2858
Email: rlarsen@grsm.com
*Attorneys for Defendants*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: December 3, 2018

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of November 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 27th day of November, 2018.

*/s/ Freda P. Brazier*
By:________________________________________
An Employee of Hatfield & Associates, Ltd.

HATFIELD & ASSOCIATES, LTD.
703 8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469