**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| JASON ALRED,<br><br>   Plaintiff,<br><br>vs.<br><br>LUCINDA MANAGEMENT, LLC, *et al.*,<br><br>   Defendants. | 2:18-CV-01443-JCM-CWH<br>**<u>ORDER</u>** |

  Before the court is the Notice of Settlement (ECF No. 10).

  Accordingly,

  IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for February 19, 2019 and the deadline to file a confidential brief are VACATED.

  IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before February 18, 2019.

  DATED this 28th day of January, 2019.

                            _____
                            CAM FERENBACH
                            UNITED STATES MAGISTRATE JUDGE